✎AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| --- | --- |
| v. | **(For a Petty Offense)** — Short Form |
| MARTINEZQUITERIO, CHRISTHIAN | CM/ECF Case No. 4:26-PO-00149-AGH |

Case No.  GM1          E2536453

USM No.

**THE DEFENDANT:**

MARTINEZQUITERIO, CHRISTHIAN

_____
Defendant's Attorney

☐ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| OCGA § 40-5-32 | EXPIRED DRIVER'S LICENSE | 01/28/2026 | 1 |

☑ Count(s)  1 _____   ☑ is   ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court .

| | Assessment | Fine | Processing Fee |
| --- | --- | --- | --- |
| **Total:** $0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Last Four Digits of Defendant's  Soc. Sec. No.:  1788

Defendant's Year of Birth:  1993

City and State of Defendant's Residence:
COLUMBUS, GA

05/20/2026
_____
Date of Imposition of Judgment

*Amelia G. Helmick*
_____
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
_____
Name and Title of Judge

05/20/2026
_____
Date